

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00451-CV

**WHEELABRATOR AIR POLLUTION CONTROL, INC.,**
Appellant

v.

**CITY OF PUBLIC SERVICE BOARD OF SAN ANTONIO,** a Municipal Board of the City
of San Antonio,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file reply brief is GRANTED. Appellant's reply brief is due on **September 22, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court